# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1540

VERSUS

KEVIN MICHAEL QUATREVINGT                    **JANUARY 31, 2022**

---

In Re:    Kevin Michael Quatrevingt, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 603,891.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **WIL**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT